IN THE UNITED STATES DISTRICT COURT   B-18-115

FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

Robert R. Acevedo

JUL 1 8 2018

David J. Bradley, Clerk of Court

v

Union Pacific Railroad

United States Railroad Retirement Board

Honorable Rolando Olvera, United States District Judge. Now comes Robert R. Acevedo, does here by file FRAUD against Union Pacific Railroad and the United States Railroad Retirement Board, Fraud being a violation of U.S.C. 1301 and doing so I was forced to live with a disability check of about $625.00 on January 15, 2013 and a disability check of about $625.00 on July 15, 2013, then only half my retirement checks on about December 15, 2013.

I was told during September 2012 that I was 2 months short being able to get my full Railroad Retirement or get disability checks more than 6 months. I was also told by a young lady with the Railroad Retirement Board not to worry, if I had any vacation left, I could take one day vacation one month and one day vacation another month and that would give me the 2 months

1

needed as Deemed Service[1].that would allow me to get my disability check as long as needed.

I called CMS with Union Pacific which was the crew caller service to ask for a day of vacation but was told I needed to take all my vacation at the same time and could not split it up.  I started my last 6 days of vacation on September 27, 2012 and it lasted until October 2, 2012 as such getting the last 2 months I needed.  Union Pacific paid me all my vacation on one check and that only gave me one month Deemed service.  That would be the first Fraud committed by Union Pacific Railroad because it should have been paid 2 separate months giving me 2 months deemed service.

When Union Pacific Railroad paid me all my vacation on one check, I called my Union Representative telling him what had happen.  My Representative told me not to worry because I had worked enough during 2012 to get another 3 weeks' vacation which I could start on January 2013.  I started my last 3 weeks' vacation on January 2013 and was paid on January 25, 2013, that's what allowed me to move from a rent house in Angleton, Texas back to Brownsville.  When I called the United States Railroad Retirement Board during January 2013 I was told that my disability check would end on January

---

[1] 1. UNITED STATES RAILROAD RETIREMENT and SURVIVOR BENEFITS. Credit for a month of railroad service is given for every month in which an employee had some compensated service for an employer covered by the Railroad Retirement Act even if only one day's serv ice is performed in the month. Under certain circumstances, additional months service may be deemed.

15, 2013 because I only had 119 months of service, that's when I was told that Union Pacific Railroad[2] had removed my September 2012 Deemed service but I had no proof until I received the CLAIMS APPEAL DOCKET NO. 14-AP-0056 which is dated March 3, 2016.

That was the second time Union Pacific Railroad committed Fraud and the first time the United States Railroad Retirement Board committed Fraud because they should not have accepted Union Pacific Railroad's letter to remove the deemed service. I immediately started filing appeals to the United States Railroad Retirement Board trying to get my deemed service back.

The second page of CLAIMS APPEAL DOCKET NO. 14-AP-0056 shows where Union Pacific Railroad told the United States Railroad Retirement Board to remove my deemed service. and on the last paragraph of the last page is where I did get my September 2012 back[3].

I did get the deemed service back, but it was on March 3, 2016. The page 1 of the RAILROAD RETIREMENT and SURVIVOR BENEFITS shows where I should have been credited the Deemed service.

---

[2] CLAIMS APPEAL DOCKET NO. 14-AP-0056 However, the UPRR stated that neither September nor October 2012 should be credited as railroad service months because Mr. Acevedo received a payment in lieu of vacation.

[3] CLAIMS APPEAL DOCKET NO. 1-AP-0056 The appeal is allowed as it relates to Mr. Acevedo's claim that he is entitled to credit for railroad service for the month of September 2012 but is otherwise denied.

I have been filing Fraud on every time I have filed trying to get my Social Security. The Court has said the Jurisdiction for filing for my Social Security need to go to the Fifth Circuit Court of Appeal, but Fraud should be filed in this court because its breaking the law.

## CONCLUSION

I.  I need to be paid for the Fraud committed by Union Pacific Railroad and the Railroad Retirement Board since both new they should not had removed my Deemed Service on September 2012 and October 2012.

II. I had filed a law suit under FELA for $750,000 and lost $550,000. I was denied my right to continue my case in Federal Court. I worked under the Federal Railroad Administration Rules and the Federal Employees Labor Act and as such U.S.C. 1301 states Fraud under the Government should be tripled.

III. I would be willing to have my case mediated instead of continued fighting it in Court.

*Robert R. Acevedo*
Robert Acevedo

P.O. Box 1181

Olmito, Texas 78575

956 455 0583

Pro se