United States District Court
Southern District of Texas
FILED

JUL 2 6 2018

David J. Bradley, Clerk of Court

B-18-cv-115

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Union Pacific Railroad
1400 Douglass Street
Omaha, NE. 68179

9590 9402 3535 7305 0815 36

2. Article Number (Transfer from service label)

7018 0040 0001 0513 6464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [USPS MAIN OFFICE stamp, Kevin Cline]
☐ Agent
☐ Addressee

B. Received by (Printed Name) — Kevin Cline
C. Date of Delivery — JUL 23 2018 (OMAHA NE 68108)

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. B-18-CV-115

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Union Pacific Railroad
was received by me on *(date)* 7/26/18 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kevin Cline , who is designated by law to accept service of process on behalf of *(name of organization)* Union Pacific RR
on *(date)* 7/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/26/18

*Server's signature*

Robert R. Acevedo
*Printed name and title*

P.O. Box 1181, Olmito, TX 78575
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Robert R. Acevedo
*Plaintiff(s)*

v.

Union Pacific Railroad
*Defendant(s)*

Civil Action No. B-18-115

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Union Pacific Railroad
1400 Douglass Street
Omaha, NE 68179

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-18-18

*Signature of Clerk or Deputy Clerk*