IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Robert R. Acevedo, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cv-00115 |
| UNITED STATES RAILROAD | ) |
| RETIREMENT BOARD, Defendant, *et al.* | ) |
| | ) |
| and | ) |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| a Delaware corporation, Defendant, *et al.* | ) |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S RESPONSE
PLEA TO THE JURISDICTION AND MOTION TO DISMISS**

COME NOW Defendant Union Pacific Railroad Company ("Union Pacific") by and through its attorney of record, pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6), and respectfully request this Court dismiss the present Complaint. In support of the Motion, Union Pacific states as follows:

BACKGROUND

1. On May 16, 2018, Cause No. 1:18-cv-00052, this Court dismissed an identical cause of action filed by Plaintiff, based upon a lack of jurisdiction. Plaintiff acknowledged receipt of that Order on July 18, 2018, and yet filed the present cause of action the same day.

2. Defendants files this Plea to the Jurisdiction in response to the current Complaint.

## LACK OF PERSONAL JURISDICTION

3. The summons naming Defendant (Doc. 5) states service was made upon "Kevin Cline" who allegedly is designated by law to accept service of process on behalf of Defendant. Defendant specifically denies that it has been properly served. The registered agent for service for Union Pacific Railroad Company is C T Corporation System, Dallas, TX.

## LACK OF SUBJECT MATTER OR GENERAL JURISDICTION

4. On its face, Complainant's pleading fails to demonstrate proper jurisdiction in this or any Court. Indeed, in cause no. 1:18-cv-00052, the Court has expressly detailed that the issues presented by Complainant has been adjudicated by the 5th Circuit Court of Appeals, and were subsequently dismissed by United States District Judge Andrew Hanen.

5. Accordingly, Defendants pray the Court dismiss the present cause of action pursuant to FED. R. CIV. P. 12(b)(1) or such other authority as deemed appropriate by the Court.

## FAILURE TO STATE A CLAIM

6. Notwithstanding the clear lack of jurisdiction in this matter, the present Complaint fails to state a claim upon which relief may be granted. The Complaint appears to state Plaintiff's challenges in dealings with the Railroad Retirement Board but makes no specific allegation against Defendant, Union Pacific Railroad Company. Dismissal of the claims against Defendant is proper as Complainant has stated no possible theory of recovery, has been given ample opportunity to amend, and any future amendment would be futile. *See, e.g.,* **Topchain v. JPMorgan Chase Bank**, 760 F.ed 843-848-49 (8th Cir. 2014); **Knight v. Mooring Capital Fund, LLC**, 749 F.3d 1180, 1190 (10th Cir. 2014).

WHEREFORE, for the reasons set forth above, Defendant Union Pacific Railroad Company respectfully requests that this Court dismiss this action and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

　/s/  Fred S. Wilson
FRED S. WILSON
State Bar No. 00788687
Southern District Admission No. 22482
801 Louisiana, Suite 300
Houston, Texas  77002
fredwilson@up.com
Telephone:  (713)220-3224
Facsimile:   (713)220-3215
ATTORNEY FOR UNION PACIFIC
RAILROAD COMPANY

## **CERTIFICATE OF SERVICE**

I, FRED S. WILSON, hereby certify that a true and correct copy of the above and foregoing instrument was served in the following manner:

| | |
|---|---|
| Certified Mail | __X__ |
| Facsimile | ____ |
| Messenger/Hand Delivery | ____ |
| Electronic Filing - Via Clerk | __x_ |

upon the following of record:

Robert R. Acevedo, pro se
P.O. Box 1181
Olmito, Texas 78575

on this 13th day of September, 2018.

/s/ Fred S. Wilson
FRED S. WILSON