United States District Court
Southern District of Texas

**ENTERED**
September 26, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROBERT R. ACEVEDO, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:18-cv-115 |
| | § | |
| UNITED STATES RAILROAD | § | |
| RETIREMENT BOARD, *et al.*, | § | |
| Defendants. | § | |

## ORDER GRANTING DISMISSAL

The instant matter is Plaintiff's third attempt to bring his claim against Defendants for the alleged deprivation of retirement benefits in this District Court.[1] Originally, Plaintiff challenged the denial of his benefits before the United States Railroad Retirement Board and appealed to the Fifth Circuit, pursuant to 45 U.S.C. § 355(f). The Fifth Circuit summarily denied Plaintiff's appeal and the Supreme Court denied Plaintiff's petition for a *writ of certiorari*.[2] Thereafter, Plaintiff filed three separate actions in this District Court alleging that the Court had jurisdiction to reconsider his identical claims. In Plaintiff's last attempt, the undersigned notified Plaintiff that the Court lacked jurisdiction and required Plaintiff to acknowledge receipt of said Order.[3] Despite Plaintiff's acknowledgment, Plaintiff filed the instant matter in the Court alleging his claim for the improper deprivation of benefits for a third time. *See* Docket No. 1. Before the Court is "Defendant Union Pacific Railroad Company's Response Plea to the Jurisdiction and Motion to Dismiss" (Docket No. 8) (hereafter "Defendants' Motion"). Once again, Plaintiff's claims are without merit and duplicative.[4]

Accordingly, Defendants' Motion is hereby **GRANTED**, and Plaintiff's claims are hereby **DISMISSED** with prejudice. Moreover, Plaintiff is hereby **ADMONISHED** that further duplicative and meritless filings will result in monetary sanctions.

---

[1] *See also Acevedo v. R.R. Ret. Bd.*, *et al.*, No. 1:17-cv-216 (S.D. Tex.); *Acevedo v. R.R. Ret. Bd.*, *et al.*, No. 1:18-cv-115 (S.D. Tex.).
[2] *See Acevedo v. R.R. Ret. Bd.*, 678 F. App'x 264 (5th Cir. 2017); *Acevedo v. R.R. Ret. Bd.*, 138 S. Ct. 363 (2017).
[3] *Acevedo*, No. 1:18-cv-115, Docket No. 6 (S.D. Tex. May 16, 2018).
[4] District courts have been divested of jurisdiction to consider any appeals or attacks on the decisions of the Railroad Retirement Board. *Leal v. Szoeke*, 917 F.2d 206, 207 (5th Cir. 1990). Moreover, the Court is bound by the Fifth Circuit's decision, which affirmed the denial of Plaintiff's benefits. *See Acevedo*, 678 F. App'x 264 (5th Cir. 2017).

Signed on this __26th__ day of __September__, 2018.


Rolando Olvera
United States District Judge